Ryan M. Salzman (SBN 299923)
ryan.salzman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

JEFFREY S. JACOBSON (*pro hac vice*)
jeffrey.jacobson@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141

Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.H., by and through her Guardian NATHAN HARRIS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>BLIZZARD ENTERTAINMENT, INC., Delaware corporation,<br><br>Defendant. | Case No. 8:22-cv-998-SSS<br><br>**DEFENDANT BLIZZARD ENTERTAINMENT, INC.'S NOTICE OF APPEAL OF ORDER DENYING MOTION TO COMPEL ARBITRATION (Dkt. No. 47)**<br><br>Judge: Hon. Sunshine S. Sykes<br><br>Action Filed: May 3, 2022<br>Removal Date: May 17, 2022<br><br>Trial Date: None set |

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendant Blizzard Entertainment, Inc. ("Blizzard") appeals, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16, to the United States Court of Appeals for the Ninth Circuit. Blizzard appeals from this Court's Order Denying Defendant's Motion to Compel Arbitration (Dkt. No. 47) entered on November 29, 2022.

Blizzard's Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2.

Dated: November 30, 2022   FAEGRE DRINKER BIDDLE & REATH LLP

By: */s/ Jeffrey S. Jacobson*
Jeffrey S. Jacobson (p*ro hac vice*)
Ryan M. Salzman

Attorneys for Defendant
BLIZZARD ENTERTAINMENT, INC.

## REPRESENTATION STATEMENT

The following table identifies all parties to the action and their respective counsel as required by Ninth Circuit Rule 3-2:

| Party | Counsel |
|---|---|
| Plaintiffs Y.H., by and through her Guardian Nathan Harris | Eugene Y. Turin<br>eturin@mcgpc.com<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>Telephone: (312) 893-7002, Ext. 3 |
| Defendant Blizzard Entertainment, Inc. | Jeffrey S. Jacobson (*Pro Hac Vice*)<br>jeffrey.jacobson@fegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036<br>Telephone: (212) 248-3140<br><br>Ryan M. Salzman<br>ryan.salzman@faegredrinker.com<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 203-4000 |